

FILED

MAY − 4 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

Judgment in a Criminal Case
Sheet 1

# United States District Court
### Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**Vs**<br>Wade Rowland Sanders | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987) |

Case Number:08CR4180-W

Knut S. Johnson
Defendant's Attorney

**REGISTRATION NO.11677298**

THE DEFENDANT:
 pleaded guilty to count one of the information.

Accordingly, the defendant is adjudged guilty of such counts, which involve the following offenses :

| Title & Section | Nature of Offense | Count Number |
|---|---|---|
| 18 USC 2252(a)(4)(B) | Possession of Images of Minors Engaged in Sexually Explicit Conduct | 1 |

The defendant is sentenced as provided in pages 2   through   4   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Penalty Assessment $100.00, forthwith, through the office of the Clerk, U.S. District Court.

Fine waived.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within thirty days of any change of name, residence or mailing address until all fines, restitution costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

May 4,  2009
Date of Imposition of Sentence

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

Judgment in a Criminal Case
Sheet 2 - Imprisonment

Judgment - Page  2   of  4

DEFENDANT:Wade Rowland Sanders
CASE NUMBER:08CR4180-W

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 37 months.

The defendant shall surrender to the institution designated by the Bureau of Prisons or to the United States Marshal by 12:00 noon on 7/10/09.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____  to  _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By     _____
DEPUTY UNITED STATES  MARSHAL

Judgment in a Criminal Case
Sheet 3 - Supervised Release

DEFENDANT: Wade Rowland Sanders
CASE NUMBER:08CR4180-W

Judgment - Page 3 of 4

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years.

       The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

**For offenses committed on or after September 13, 1994:**

  The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than eight drug tests per month during the term of supervision, unless otherwise ordered by the court .

\_\_ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

_X_ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

_X_ The defendant shall cooperate in the collection of DNA as directed by the probation officer pursuant to 18 USC 3583(d).

_X_ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

\_\_ The defendant shall participate in an approved program for domestic violence.

       If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

       The defendant must comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.

2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

3) The defendant shall answer, truthfully, all inquiries by the probation officer and follow the instructions of the probation officer.

4) The defendant shall support his or her dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.

6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.

9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

11) The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirements.

Judgment in a Criminal Case
Sheet 4 - Continued Supervised Release Conditions

DEFENDANT:Wade Rowland Sanders
CASE NUMBER:08CR4180-W

Judgment - Page 4   of   4

## SPECIAL CONDITIONS OF SUPERVISION

- The defendant shall submit to search of person, residence, office of vehicle, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

- The defendant shall participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

- The defendant shall not possess any child or adult erotica, pornographic or sexually oriented/stimulating materials, including visual, auditor, telephonic, or electronic media, and computer programs; and shall not patronize any place where such materials or entertainment are available.

- The defendant shall have no unsupervised contact with any child under the age of 18, unless in the presence of a supervising adult (who is aware of the defendant's deviant sexual behavior and conviction), and with the prior approval of the probation officer.

- The defendant shall not associate with, or have any contact with any sex offenders unless in an approved treatment and/or counseling setting.

- The defendant shall not accept or commence employment, or participate in an volunteer activity, without prior approval of the probation officer, and employment should be subject to continual review and assessment by the probation officer.

- The defendant shall consent to third party disclosure to any employer, or potential employer, concerning any restrictions that are imposed by the court.

- The defendant shall reside in a residence approved in advance by the probation officer, and any changes in residence shall be pre-approved by the probation officer.

- The defendant shall consent to the installation of systems that will enable the probation officer to monitor computer use on any computer owned or controlled by the defendant. The defendant shall pay for the cost of installation of the computer software.

- During the course of sexual offender treatment, the offender shall be subject to periodic and random polygraph examinations as a therapeutic tool. The offender may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.

- The defendant shall register as a sex offender under the Sex Offender Registration and Notification Act.